UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| H. PACE BURT, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:06CV154-WLS |
| GREAT NORTHERN INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

> DRAFT
> Swift Currie
> June 1, 2007  9:36 AM

### GREAT NORTHERN INSURANCE COMPANY'S
### MOTION FOR SUMMARY JUDGMENT

COMES NOW GREAT NORTHERN INSURANCE COMPANY (hereinafter "Great Northern"), Defendant in the above-styled civil action, and hereby files its Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. Great Northern moves this Court for Summary Judgment against the Plaintiff because there are no genuine issues of material fact and Great Northern is entitled to judgment as a matter of law.  WHEREFORE, Great Northern Insurance Company respectfully requests this Court enter an order granting this their Motion for Summary Judgment.

This _____ day of June, 2007.

**(SIGNATURE ON FOLLOWING PAGE)**

SWIFT, CURRIE, McGHEE & HIERS, LLP

By: /s/ William J. Martin_____
    Stephen L. Cotter
    Georgia State Bar No. 189725
    William J. Martin
    Georgia State Bar No. 387464
    Attorneys for Great Northern Insurance
    Company

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

>Hilliard P. Burt, Esq.
>Burt & Burt, P.A.
>P.O. Box 71925
>Albany, GA  31708-1925

This _____ day of June, 2007.

>SWIFT, CURRIE, McGHEE & HIERS, LLP
>
>By:   /s/ William J. Martin_____
>Stephen L. Cotter
>Georgia State Bar No. 189725
>William J. Martin
>Georgia State Bar No. 387464
>Attorneys for Great Northern Insurance
>Company

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA  30309-3231
(404) 874-8800

1789496v.1