UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| H. PACE BURT, JR. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREAT NORTHERN INSURANCE ) <br> COMPANY ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> FILE NO. 1:06CV154-WLS |

**TABLE OF CONTENTS: GREAT NORTHERN'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING PLEADINGS**

1. GREAT NORTHERN'S MOTION FOR SUMMARY JUDGMENT

2. GREAT NORTHERN'S STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED

3. TABLE OF LEGAL AUTHORITY

4. GREAT NORTHERN'S MEMORANDUM OF LAW

   **Introduction**                                               1

   **Statement of Facts**                                         2

   **Standard of Review**                                         10

   **Argument and Citation of Authority**                         11

       I.    **Plaintiff Suffered No Loss**        12

       II.   **No Coverage as Matter of Law**      13

       III.  **No Coverage Under Policy Terms**      15

    IV.    **No Duty Breached By Defendant**    **27**

    V.    **No Grounds for Bad Faith Claims**    **29**

**<u>Conclusion</u>**    **31**

5.    LIST OF EXHIBITS

6.    AFFIDAVIT OF SHANNON CORLEY

7.    AFFIDAVIT OF LANE FROSTBAUM

8.    EXHIBITS TO PLEADINGS: A-Z

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| H. PACE BURT, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:06CV154-WLS |
| GREAT NORTHERN INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

**GREAT NORTHERN INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW GREAT NORTHERN INSURANCE COMPANY (hereinafter "Great Northern"), Defendant in the above-styled civil action, and hereby files its Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. Great Northern moves this Court for Summary Judgment against the Plaintiff because there are no genuine issues of material fact and Great Northern is entitled to judgment as a matter of law. WHEREFORE, Great Northern Insurance Company respectfully requests this Court enter an order granting this their Motion for Summary Judgment.

This 8th day of June, 2007.

**(SIGNATURE ON FOLLOWING PAGE)**

                SWIFT, CURRIE, McGHEE & HIERS, LLP

        By:  /s/ William J. Martin_____
              Stephen L. Cotter
              Georgia State Bar No. 189725
              William J. Martin
              Georgia State Bar No. 387464
              Attorneys for Great Northern Insurance
              Company

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

>Hilliard P. Burt, Esq.
>Burt & Burt, P.A.
>P.O. Box 71925
>Albany, GA   31708-1925

This 8th day of June, 2007.

>SWIFT, CURRIE, McGHEE & HIERS, LLP
>
>By:   /s/ William J. Martin_____
>       Stephen L. Cotter
>       Georgia State Bar No. 189725
>       William J. Martin
>       Georgia State Bar No. 387464
>       Attorneys for Great Northern Insurance Company

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA  30309-3231
(404) 874-8800

1789496v.1