UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| H. PACE BURT, JR.<br><br>Plaintiff,<br><br>v.<br><br>GREAT NORTHERN INSURANCE COMPANY<br><br>Defendant. | CIVIL ACTION<br><br>FILE NO. 1:06CV154-WLS |

## **GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT EXHIBIT LIST**

| | |
|---|---|
| Exhibit A | Draper Complaint |
| Exhibit B | Draper Amended Complaint |
| Exhibit C | Settlement Agreement |
| Exhibit D | Great Northern policies |
| Exhibit E | Great Northern application |
| Exhibit F | Attorney Frostbaum's letter of March 10, 2005 to Mark Harris |
| Exhibit G | Attorney Burt's letter of March 25, 2005 to Attorney Frostbaum |
| Exhibit H | January 12, 2006 fax from Hilliard P. Burt, Sr. to Kenneth Grace |
| Exhibit I | Attorney Frostbaum's letter of August 16, 2005 copied to Attorney Burt |

| | |
|---|---|
| Exhibit J | Scottsdale CGL policy |
| Exhibit K | Construction Contract |
| Exhibit L | Attorney Burt letter to Shannon Corley of September 19, 2006 |
| Exhibit M | Rule 26 Report of Dr. Edward C. Haight |
| Exhibit N | Warranty Deed to Drapers |
| Exhibit O | Attorney Frostbaum's letter of April 4, 2005 to Attorney Burt |
| Exhibit P | Notice of Claim form |
| Exhibit Q | Ms. Corley's letter of January 17, 2006 to Plaintiff |
| Exhibit R | Ms. Corley's letter of February 13, 2006 to Plaintiff |
| Exhibit S | Ms. Corley's letter of February 21, 2006 to Plaintiff |
| Exhibit T | Plaintiff's letter of February 23, 2006 to Ms. Corley |
| Exhibit U | Ms. Corley's letter of March 16, 2006 to Plaintiff |
| Exhibit V | Ms. Corley's letter of October 13, 2006 to Attorney Burt |
| Exhibit W | Burt & Burt, P.A. check to Drapers |
| Exhibit X | Great Northern's Requests To Admit |
| Exhibit Y | Affidavit of William J. Martin |
| Exhibit Z | Geri Boulding's letter of March 20, 2007 to Attorney Martin |

## ADDITIONAL AFFIDAVITS OF AUTHENTICATION

1. Affidavit of Shannon Corley
2. Affidavit of Lane R. Frostbaum

1792674v.1