# EXHIBIT "D"



# CHUBB GROUP OF INSURANCE COMPANIES

Sears Tower, Suite 4700, 233 South Wacker Drive, Chicago, Illinois 60606-6303   Phone: (312) 454-4200

**January 3, 2007**

Attn: Nayra Valdes

Policy: 12486441-02

Insured: H. P. Bert Jr.

Writing Co: Great Northern Insurance Company

I certify that the above mentioned, enclosed policy is a true and accurate copy.

Yours truly,
Chubb & Son
A Division of Federal Insurance Company

By:  *Theresa R. Zarrello*

Theresa R. Zarrello
Personal Lines Service Branch

RECEIVED

JAN 5 - 2007

WILLIAM MARTIN

# *Masterpiece*®

**Premium Summary
Renewal**



CHUBB

H. P. BURT JR.
PO BOX 71925
ALBANY, GA 31708

**Page** 1
**Effective Date** 1/8/04
**Policy no.** 12486441-02
**Policy period** 1/8/04 to 1/8/05
**Producer name** J SMITH LANIER & COMPANY OF
NEWNAN

We are pleased to enclose your Chubb Masterpiece Policy, customized to provide the coverage you requested.

This chart shows at a glance what coverages you have and the related premiums.

|  | Property covered | Coverage | | Premium |
|---|---|---|---|---|
| **Homes and Contents** | HOUSE AT 702 RIVERCHASE LANE ALBANY, GA | EXCESS LIABILITY | $ | 115.00 |
| **Watercraft** | 1996 CHAPPERELL | EXCESS LIABILITY | $ | 166.00 |
| **Total Premium** | | | $ | **281.00** |

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**You will shortly receive a statement and bill.**

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

© Copyright 1984 by Chubb & Son Inc.   Form no. Q0700000 05/85

INSURED 12/26/06 23.29.22

*Masterpiece*®



## PRIVACY POLICY AND PRACTICES

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in **The Personal Information We Collect**. At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law and this Privacy Policy describes those practices.

### Chubb's Privacy Policy

**The Personal Information We Collect.** Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker or automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, driver's license number and amount of coverage requested).

- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).

- Information from a consumer reporting agency (such as motor vehicle reports).

- Information from other non-Chubb sources (such as prior loss information and demographic information).

- Information from visitors to our web sites (such as that provided through online forms and online information-collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".

**"Opt Out" Option**
The law permits certain types of disclosures, such as for the processing of the insurance transaction without allowing an opt out. Chubb does not have an opt out option as we do not disclose your personal information to nonaffiliated third parties other than as described below. Therefore, no action is required by you.

**The Personal Information We Share.** Chubb may disclose the personal information we collect only to service, process or administer business operations such as underwriting and claims, and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others.** Chubb may disclose the personal information we collect to affiliated and nonaffiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters and third party administrators. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information as required in response to a subpoena, to detect or prevent fraud or to comply with an inquiry or requirement of a government agency or regulator.

continued on the next page

© Copyright 1984 by Chubb & Son Inc.   Form no. 0799999 (Rev. 9-01)

INSURED  12/26/06  23.29.22

**Sharing Personal Information With Service Providers or for Joint Marketing.** Chubb may disclose the personal information we collect to your agent or broker so that they can market our financial products and services to you, and to service providers who perform functions for us. Any such disclosure is required to be subject to an agreement with us that includes a confidentiality provision. We do not disclose personal information to other financial institutions.

**Confidentiality and Security of Personal Information.** Access to personal information is allowed for business purposes only. The people who have access to personal information, including employees of Chubb and its affiliates, and nonemployees performing business functions for Chubb, are under obligations to safeguard such information. Chubb maintains physical, electronic and procedural safeguards to guard your personal information.

**Personal Health Information.** Under certain circumstances, we also collect personal health information about our customers, such as information regarding an accident, disability or injury, for underwriting or claim purposes. Chubb does not disclose your personal health information to others for the purpose of marketing to you unless we have your express consent.

**Personal Information of Former Customers.** Chubb's personal information privacy policy also applies to former customers.

**Changes in Privacy Policy.** Chubb may choose to modify this policy at any time. We will notify customers of any modifications at least annually. If we change our disclosure practices in a way that allows an opt out, we will provide customers an opportunity to request that information not to be disclosed for marketing purposes.

**Definitions.**
"Chubb" means the following companies on whose behalf this notice is given:

| | |
|---|---|
| Chubb & Son Inc. | Executive Risk Indemnity Inc. |
| Chubb & Son Inc. (of Illinois) | Executive Risk Specialty Insurance Company |
| Chubb Custom Insurance Company | Federal Insurance Company |
| Chubb Custom Market, Inc. | Great Northern Insurance Company |
| Chubb Indemnity Insurance Company | Northwestern Pacific Indemnity Company |
| Chubb Insurance Company of New Jersey | Pacific Indemnity Company |
| Chubb Lloyds Insurance Company of Texas | Quadrant Indemnity Company |
| Chubb Multinational Managers, Inc. | Texas Pacific Indemnity Company |
| Chubb National Insurance Company | Vigilant Insurance Company |

"Customer" and "you" mean any individual who obtains or has obtained a financial product or service from Chubb that is to be used primarily for personal, family or household purposes. This notice applies to customers only.

"Personal information" means nonpublic personal information, which is defined by law as personally identifiable financial information provided by you to Chubb, resulting from a transaction with or any service performed for you by Chubb, or otherwise obtained by Chubb. Personal information does not include publicly available information as defined by applicable law.

Chubb Personal Insurance
Attention: Privacy Inquiries
P.O. Box 1615
Warren, NJ 07061-1615

© Copyright 1984 by Chubb & Son Inc.   Form no. 0799999 (Rev. 9-01)

# *Masterpiece*®

**Coverage Summary
Renewal**


CHUBB

---

**Name and address of Insured**

H. P. BURT JR.
PO BOX 71925
ALBANY, GA 31708

**Page** 1
**Effective date** 1/8/04
**Policy no.** 12486441-02
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 1/8/04 to 1/8/05

**If you have any questions, please contact**
J SMITH LANIER & COMPANY OF NEWNAN
P O BOX 71429
NEWNAN, GA  30271-1429
770-683-1000

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

---

## *Liability*

Amount of liability coverage: **$3,000,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| Home | HOUSE AT 702 RIVERCHASE LANE ALBANY, GA | EXCESS LIABILITY ONLY |
|---|---|---|
| **Watercraft** | 1996 CHAPPERELL | EXCESS LIABILITY ONLY |

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

---

© Copyright 1984 by Chubb & Son Inc.   Form no. Q0802000 05/85

INSURED 12/26/06 23.29.22

# *Masterpiece*®

**Table of Contents**


CHUBB

**Name and address of insured**

H. P. BURT JR.
PO BOX 71925
ALBANY, GA  31708

**Effective date**  1/8/04
**Policy no.**  12486441-02
**Issued by**  Great Northern Insurance Company
a stock insurance company
incorporated in  Minnesota
**Policy period**  1/8/04  to  1/8/05

**If you have any questions, please contact**
J SMITH LANIER & COMPANY OF NEWNAN
P O BOX 71429
NEWNAN, GA  30271-1429
770-683-1000

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you
have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Excess Liability Coverage | 11/96 | GA | W-1 |
| Policy Terms | 07/01 | GA | Y-1 |
| Policy Information Notice | 07/01 | GA | |

© Copyright 1984 by Chubb & Son Inc.   Form No.Q0903000 05/85

INSURED 12/26/06 23.29.22

699



This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## Agreement

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## Definitions

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

**We** and **us** mean the insurance company named in the Coverage Summary.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.

© Copyright 1985 by Chubb & Son Inc. Form no. 0200000 5/85

# *Masterpiece*®

**Excess Liability
Coverage**



This part of your Masterpiece Policy provides you with liability coverage in excess of your underlying insurance anywhere in the world unless stated otherwise or an exclusion applies.

## *Payment for a Loss*

### Amount of coverage
The amount of coverage for liability is shown in the Coverage Summary. We will pay on your behalf up to that amount for covered damages from any one occurrence, regardless of how many claims, homes, vehicles, watercraft, or people are involved in the occurrence.

Any costs we pay for legal expenses (see **Defense coverages**) are in addition to the amount of coverage.

### Underlying insurance
We will pay only for covered damages in excess of **all** underlying insurance covering those damages, even if the underlying coverage is for more than the minimum amount.

"Underlying insurance" includes all liability coverage other than this part of your policy that applies to the covered damages, except for other insurance purchased in excess of this policy.

### Required primary underlying insurance
Regardless of whatever other primary underlying insurance may be available in the event of a claim or loss, it is a condition of this part of your policy that you and your family members must maintain in full effect primary underlying liability insurance of the types and in at least the amounts set forth below, either under other parts of this policy or some other policy, covering your personal liability and to the extent you have such liability exposures, all vehicles and watercraft you or your family members own, or rent for longer than 30 days, or have furnished for longer than 30 days, as follows:

Personal liability (homeowners) for bodily injury and property damage in the minimum amount of $50,000 each occurrence.

Registered vehicles in the minimum amount of $250,000/$500,000 bodily injury and $25,000 property damage or $300,000 single limit each occurrence.

Unregistered vehicles in the minimum amount of $50,000 bodily injury and property damage each occurrence.

Watercraft less than 26 feet and 50 engine rated horsepower or less for bodily injury and property damage in the minimum amount of $50,000 each occurrence.

Watercraft 26 feet or longer or more than 50 engine rated horsepower for bodily injury and property damage in the minimum amount of $500,000 each occurrence.

Uninsured motorists protection in the minimum amount of $250,000/$500,000 bodily injury and $25,000 property damage or $300,000 single limit each occurrence.

© Copyright 1985 by Chubb & Son Inc. Form no. 5400010 5/85    4/30/02 11:14:14

*Excess Liability*
*Coverage*

## Payment for a Loss
(continued)

Failure by you or your family members to comply with this condition, or failure of any of your primary underlying insurers due to insolvency or bankruptcy, shall not invalidate this part of your policy. In the event of any such failure, we shall only be liable in excess of the foregoing minimum amounts and to no greater extent with respect to coverages, amounts and defense costs than we would have been had this failure not occurred.

You must also give notice of losses and otherwise cooperate and comply with the terms and conditions of such primary underlying insurance.

## Excess Liability Coverage

We cover damages a covered person is legally obligated to pay for personal injury or property damage, caused by an occurrence:
- in excess of damages covered by the underlying insurance; or
- from the first dollar of damage where no underlying insurance is required under this policy and no underlying insurance exists; or
- from the first dollar of damage where underlying insurance is required under this policy but no coverage is provided by the underlying insurance for a particular occurrence, unless stated otherwise or an exclusion applies.

Exclusions to this coverage are described in **Exclusions**.

"Follow form" means:
We cover damages to the extent they are both covered under the Required Primary Underlying Insurance and, not excluded under this part of your Masterpiece Policy. Also, the amount of coverage, defense coverages, cancellation and "other insurance" provisions of this policy supersede and replace the similar provisions contained in such other policies. When this part of your policy is called upon to pay losses in excess of required primary underlying policies exhausted by payment of claims, we do not provide broader coverage than provided by such policies. When no primary underlying coverage exists, the extent of coverage provided on a follow form basis will be determined as if the required primary underlying insurance had been purchased from us.

A "covered person" means:
- you or a family member;
- any person using a vehicle or watercraft covered under this part of your Masterpiece policy with permission from you or a family member with respect to their legal responsibility arising out of its use;
- any person or organization with respect to their legal responsibility for acts or omissions of you or a family member; or
- any combination of the above.

"Damages" means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

© Copyright 1985 by Chubb & Son Inc. Form no. 5400010 5/85
4/30/02 11:14:14

**Excess Liability**
**Coverage**



---

## Excess Liability Coverage
(continued)

"Personal injury" means the following injuries, and resulting death:
- bodily injury;
- shock, mental anguish, or mental injury;
- false arrest, false imprisonment, or wrongful detention;
- wrongful entry or eviction;
- malicious prosecution or humiliation; and
- libel, slander, defamation of character, or invasion of privacy.

"Bodily injury" means physical bodily harm, including sickness or disease that results from it, and required care, loss of services and resulting death.

"Property damage" means physical injury to or destruction of tangible property and the resulting loss of its use. Tangible property includes the cost of recreating or replacing stocks, bonds, deeds, mortgages, bank deposits, and similar instruments, but does not include the value represented by such instruments.

"Registered vehicle" means any motorized land vehicle not described in "unregistered vehicle".

"Unregistered vehicle" means:
- any motorized land vehicle not designed for or required to be registered for use on public roads;
- any motorized land vehicle which is in dead storage at your residence;
- any motorized land vehicle used solely on and to service a residence premises shown in the Coverage Summary; or
- golf carts.

### Excess uninsured motorists protection
This coverage is in effect only if excess uninsured motorists protection is shown in the Coverage Summary.

We cover damages for bodily injury and property damage a covered person is legally entitled to receive from the owner or operator of an uninsured motorized land vehicle. We cover these damages in excess of the underlying insurance or the Required Primary Underlying Insurance, whichever is greater, if they are caused by an occurrence during the policy period, unless otherwise stated.

**Amount of coverage.** The maximum amount of excess uninsured motorists protection available for any one occurrence is the excess uninsured motorists protection amount shown in the Coverage Summary regardless of the number of vehicles shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims, vehicles or people are involved in the occurrence.

This coverage will follow form.

*Excess Liability*
*Coverage*

---

## Excess Liability Coverage
(continued)

### Defense coverages
We will defend a covered person against any suit seeking covered damages for personal injury or property damage that is either:
- not covered by any underlying insurance; or
- covered by an underlying policy as each Defense Coverage has been exhausted by payment of claims.

We provide this defense at our expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement, we will pay:
- all premiums on appeal bonds required in any suit we defend;
- all premiums on bonds to release attachments for any amount up to the amount of coverage (but we are not obligated to apply for or furnish any bond);
- all expenses incurred by us;
- all costs taxed against a covered person;
- all interest accruing after a judgement is entered in a suit we defend on only that part of the judgement we are responsible for paying. We will not pay interest accruing after we have paid the judgement up to the amount of coverage;
- all prejudgement interest awarded against a covered person on that part of the judgement we pay or offer to pay. We will not pay any prejudgement interest based on that period of time after we make an offer to pay the amount of coverage;
- all earnings lost by each covered person at our request, up to $250 a day, to a total of $10,000;
- other reasonable expenses incurred by a covered person at our request; and
- the cost of bail bonds required of a covered person because of a covered loss.

In jurisdictions where we may be prevented by local law from carrying out these Defense Coverages, we will pay only those defense expenses that we agree in writing to pay and that are incurred by you.

---

## Exclusions

These exclusions apply to this part of your Masterpiece Policy, unless stated otherwise.

**Owned motorcycles and owned motor homes.** We do not cover any damages arising out of the ownership, maintenance, use, loading or unloading of any owned motorcycle or owned motor home unless shown in the Coverage Summary. The coverage for owned motorcycles and owned motor homes is on a follow form basis.

**Aircraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, or towing of any aircraft, except aircraft chartered with crew by you. We do not cover any property damages to aircraft rented to, owned by, or in the care, custody or control of a covered person.

© Copyright 1985 by Chubb & Son Inc. Form no. 5400010 5/85                    4/30/02 11:14:14

*Excess Liability Coverage*



## Exclusions
(continued)

**Large watercraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any watercraft 26 feet or longer or with more than 50 engine rated horsepower owned by a covered person, or furnished or rented to a covered person for longer than 30 days. But we do cover watercraft being stored, unless another exclusion applies. Coverage is provided on a following form basis if the watercraft is listed in the Coverage Summary.

Coverage is also provided on a following form basis when notice is given to us within 30 days after you acquire a watercraft. If we agree to insure it, you must pay the additional premium from the date acquired.

**Motorized land vehicle, watercraft and aircraft racing.** We do not cover any damages arising out of the participation in or practice for competitive racing of any motorized land vehicle, watercraft or aircraft. This exclusion does not apply to sailboat racing even if the sailboat is equipped with an auxiliary motor.

**Motorized land vehicle and watercraft-related jobs.** We do not cover any person other than you while employed or otherwise engaged in the business of selling, repairing, servicing, storing, parking, docking, mooring, testing, or delivering motorized land vehicles or watercraft.

**Motorized land vehicle and watercraft loading.** We do not cover any person or organization, other than you or your employees, with respect to the loading or unloading of motorized land vehicles or watercraft.

**Workers' compensation or disability.** We do not cover any damages a covered person is legally obligated to provide under any workers' compensation, disability benefits, unemployment compensation or similar laws. But we do provide coverage in excess over any other insurance for damages a covered person is legally obligated to pay for bodily injury to a domestic employee of a residence shown in the Coverage Summary which are not compensable under workers' compensation, unless another exclusion applies.

**Director's liability.** We do not cover any damages for any covered person's actions or failure to act as an officer or member of a board of directors of any corporation or organization. This exclusion does not apply to a not-for-profit corporation or organization, or to a condominium or cooperative association.

**Damage to covered person's property.** We do not cover any person for property damage to property owned by any covered person.

**Damage to property in your care.** We do not cover any person for property damage to property rented to, occupied by, used by, or in the care of any covered person, to the extent that the covered person is required by contract to provide insurance. But we do cover such damages for loss caused by fire, smoke, or explosion unless another exclusion applies.

**Discrimination.** We do not cover any damages arising out of discrimination due to age, race, color, sex, creed, national origin, or any other discrimination.

© Copyright 1985 by Chubb & Son Inc. Form no. 5400010 5/85
4/30/02 11:14:14

*Excess Liability*
*Coverage*

## Exclusions
(continued)

**Intentional acts.** We do not cover any damages arising out of an act intended by any covered person to cause personal injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. An intentional act is one whose consequences could have been foreseen by a reasonable person. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies.

**Molestation, misconduct or abuse.** We do not cover any damages arising out of any actual, alleged or threatened:
- sexual molestation;
- sexual misconduct or harassment; or
- abuse.

**Nonpermissive use.** We do not cover any person who uses a motorized land vehicle or watercraft without permission from you or a family member.

**Business pursuits.** We do not cover any damages arising out of a covered person's business pursuits, investment or other for-profit activities, for the account of a covered person or others, or business property except on a follow form basis.

But we do cover damages arising out of volunteer work for an organized charitable, religious or community group, an incidental business away from home, incidental business at home, incidental business property, incidental farming, or residence premises conditional business liability unless another exclusion applies. We also cover damages arising out of your ownership, maintenance, or use of a private passenger motor vehicle in business activities other than selling, repairing, servicing, storing, parking, testing, or delivering motorized land vehicles.

"Incidental business away from home" is a self-employed sales activity, or a self-employed business activity normally undertaken by persons under the age of 18 such as newspaper delivery, babysitting, caddying, and lawn care. Either of these activities must:
- not yield gross revenues in excess of $5,000 in any year;
- have no employees subject to worker's compensation or other similar disability laws;
- conform to local, state, and federal laws.

"Incidental business at home" is a business activity, other than farming, conducted on your residence premises which must:
- not yield gross revenues in excess of $5,000 in any year, except for the business activity of managing one's own personal investments;
- have no employees subject to workers' compensation or other similar disability laws;
- conform to local, state, and federal laws.

"Incidental business property" is limited to the rental or holding for rental, to be used as a residence, of a condominium or cooperative unit owned by you, an apartment unit rented to you, a one or two family dwelling owned by you, or a three or four family dwelling owned and occupied by you. We provide this coverage only for premises listed in the Coverage Summary unless the rental or holding for rental is for:
- a residence of yours that is occasionally rented and that is used exclusively as a residence; or
- part of a residence of yours by one or two roomers or boarders; or
- part of a residence of yours as an office, school, studio, or private garage.

*Excess Liability*
*Coverage*



CHUBB

## Exclusions
(continued)

"Incidental farming" is a farming activity which meets all of the following requirements:
- is incidental to your use of the premises as your residence;
- does not involve employment of others for more than 1,000 hours of farm work during the policy period;
- does not produce more than $2,500 in gross annual revenue from agricultural operations;
- and with respect to the raising or care of animals:
    - does not produce more than $25,000 in gross annual revenues;
    - does not involve more than 10 sales transactions during the policy period;
    - does not involve the sale of more than 25 animals during the policy period.

"Residence premises conditional business liability" is limited to business or professional activities when legally conducted by you or a family member at your residence shown in the Coverage Summary. We provide coverage only for personal injury or property damage arising out of the physical condition of that residence if:
- you do not have any employees involved in your business or professional activities who are subject to workers' compensation or other similar disability laws; or, if you are a doctor or dentist, you do not have more than two employees subject to such laws;
- you do not earn annual gross revenues in excess of $5,000, if you are a home day care provider;
- there is no other valid and collectible insurance.

We do not cover damages or consequences resulting from business or professional care or services performed or not performed.

**Financial guarantees.** We do not cover any damages for any covered person's financial guarantee of the financial performance of any covered person, other individual or organization.

**Professional services.** We do not cover any damages for any covered person's performing or failure to perform professional services, or for professional services for which any covered person is legally responsible or licensed.

**Acts of war.** We do not cover any damages caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Contractual liability.** We do not cover any assessments charged against a covered person as a member of a condominium or cooperative association. We also do not cover any damages arising from contracts or agreements made in connection with any covered person's business. Nor do we cover any liability for unwritten contracts, or contracts in which the liability of others is assumed after a covered loss.

**Covered person's or dependent's personal injury.** We do not cover any damages for personal injury for any covered person or their dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for personal injury for which you can be held legally liable, in any way, to a family member or your spouse or for which a family member or your spouse can be held legally liable, in any way, to you.

© Copyright 1985 by Chubb & Son Inc. Form no. 5400010 5/85                    4/30/02 11:14:14

## Exclusions
(continued)

However, we do cover damages for bodily injury arising out of the use of a motorized land vehicle for which you can be held legally liable to a family member or your spouse or for which a family member or your spouse can be held legally liable to you to the extent that coverage is provided under this part of your Masterpiece policy. This coverage applies only to the extent such damages are covered by primary underlying insurance and exceed the limits of insurance required for that motorized land vehicle under the required primary underlying insurance provisions of this part of your Masterpiece policy.

**Liability for dependent care.** We do not cover any damages for personal injury for which a covered person's only legal liability is by virtue of a contract or other responsibility for a dependent's care.

**Illness.** We do not cover personal injury or property damage resulting from any illness, sickness or disease transmitted intentionally or unintentionally by a covered person to anyone, or any consequence resulting from that illness, sickness or disease. We also do not cover any damages for personal injury resulting from the fear of contracting any illness, sickness or disease, or any consequence resulting from the fear of contracting any illness, sickness or disease.

**Parental liability.** We do not cover any damages arising from parental liability for the acts of a minor using a motorized land vehicle, watercraft 26 feet or longer or with more than 50 engine rated horsepower, or aircraft. But we do cover parental liability for the acts of a minor using a motorized land vehicle or watercraft on a follow form basis for the type of motorized land vehicle or watercraft involved, unless another exclusion applies. This exclusion does not apply to any other coverage provided under an exclusion in this part of your policy.

**Entrustment.** We do not cover any damages arising from the entrustment by any covered person of a motorized land vehicle, watercraft 26 feet or longer or with more than 50 engine rated horsepower, or aircraft to any person. But we do cover entrustment by any covered person of a motorized land vehicle or watercraft on a follow form basis for the type of motorized land vehicle or watercraft involved, unless another exclusion applies. This exclusion does not apply to any other coverage provided under an exclusion in this part of your policy.

**Nuclear or radiation hazard.** We do not cover any damages caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused.

# *Masterpiece*®

**Policy
Terms**

CHUBB

This part of your Masterpiece Policy explains the conditions that apply to your policy.

## General Conditions

These conditions apply to your policy in general, and to each coverage in it.

### Policy period
The effective dates of your policy are shown in the Coverage Summary. Those dates begin at 12:01 a.m. standard time at the mailing address shown. Each renewal period shall be for a similar term.

All coverages on this policy apply only to occurrences that take place while this policy is in effect.

### Renewals
We or our agent may offer to renew this policy, at the premiums and under the policy provisions in effect at the date of renewal. We can do this by mailing you a bill for the premium to the address shown in the Coverage Summary, along with any changes in the policy provisions or amounts of coverage. If you do not accept our offer, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

### Transfer of rights
If we make a payment under this policy, we will assume any recovery rights a covered person has in connection with that loss, to the extent we have paid for the loss.

All of your rights of recovery will become our rights to the extent of any payment we make under this policy. A covered person will do everything necessary to secure such rights and do nothing after a loss to prejudice such rights. However, you may waive any rights of recovery from another person or organization for a covered loss in writing before the loss occurs.

We will not assume any recovery rights a covered person has in connection to a payment we make under Medical payments in Vehicle Liability Coverage.

### Concealment or fraud
We do not provide coverage if you or any covered person has intentionally concealed or misrepresented any material fact relating to this policy before or after a loss.

### Application of coverage
Coverage applies separately to each covered person. However, this provision does not increase the amount of coverage for any one occurrence.

### Duplicate coverages
If a loss is covered under more than one part of this policy, we will pay you under the part giving you the most coverage, but not under more than one part. However, when both Valuable Articles Coverage and contents coverage are shown in the Coverage Summary, and a loss is covered under both parts, your amount of coverage will equal the combined total of both contents and Valuable Articles Coverage subject to the Contents Special limits and policy provisions. In no event will we make duplicate payments.

## *General Conditions*
(continued)

### Assignment
You cannot transfer your interest in this policy to anyone else unless we agree in writing to the transfer.

### Policy changes
This policy can be changed only by a written amendment we issue.

### Vehicle premium
If you have vehicle coverage, the premium for the vehicle coverage is based on information we have received from you, your agent, or other sources. If the information is incorrect or incomplete, or changes during the policy period, you must inform us or your agent of any changes as soon as possible regarding:
- your vehicle, including its use;
- the covered persons who regularly use your vehicle, including newly licensed family members; or
- the location where your vehicle is principally garaged.

We may decrease or increase your premium during the policy period based on the corrected, completed, or changed information and we reserve our rights to cancel or to decline to renew.

### Bankruptcy or insolvency
We will meet all our obligations under this policy regardless of whether you, your estate, or anyone else or their estate becomes bankrupt or insolvent.

### In case of death
In the event of your death, we cover your legal representative or any person having proper temporary custody of your property until a legal representative is appointed and qualified, but only with respect to your premises and other property covered under the policy at the time of death. We will also cover any member of your household who is a covered person at the time of death.

**Vehicles:** In the event of death or termination of your marital relationship, after advising us or your agent, the spouse shall continue to be covered under this policy for 90 days following the death or termination of the relationship, or until the expiration of the policy term, whichever is less.

### Liberalization
We may extend or broaden the coverage provided by this policy. If we do this during the policy period or within 60 days before it begins, without increasing the premium, then the extended or broadened coverage will apply to occurrences after the effective date of the extended or broadened coverage.

### Conforming to state law
If any provision of this policy conflicts with the laws of the state you live in, this policy is amended to conform to those laws.



## Liability Conditions

These conditions apply to all liability coverages in this policy.

### Other insurance

**Vehicles:** When other liability insurance applies to covered damages, we will pay our share. Our share is the proportion that the amount of coverage under this policy bears to the total of all applicable amounts of coverage. However, for non-owned motorized land vehicles, this insurance is excess over any other insurance, except that written specifically to cover excess over the amount of coverage in this policy. [1]

**Uninsured motorists:** If there is other applicable insurance available under more than one policy or coverage, the following priorities apply:
First, the policy providing Uninsured Motorists Protection to you or a family member;
Second, the policy providing Uninsured Motorists Protection to the vehicle the covered person was occupying at the time of the accident.

When other liability insurance applies to covered damages, we will pay our share. Our share is the proportion that the amount of coverage under this policy bears to the total of all applicable amounts on the same priority level.

**Personal and Excess:** This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy.

**Additional liability protection.** If you have Masterpiece Personal Liability Coverage, you are eligible to apply for excess liability protection. The additional protection covers your house, vehicle(s) and other personal exposures under our Masterpiece Excess Liability Coverage. Acceptance is subject to our approval.

If your Masterpiece Personal Liability Coverage is cancelled or nonrenewed, your eligibility for Masterpiece Excess Liability Coverage will cease as of the cancellation or nonrenewal date. If Masterpiece Excess Liability Coverage has been provided, it will be cancelled or nonrenewed at the earliest date allowed by law and an appropriate notice of cancellation or nonrenewal will be issued.

If you do not have Masterpiece Personal Liability Coverage, your eligibility for Masterpiece Excess Liability Coverage will cease as of the earliest nonrenewal date allowed by law, and an appropriate notice of nonrenewal will be issued.

### Your duties after a loss

In case of an accident or occurrence, the covered person shall perform the following duties that apply:

**Notification.** You must notify us or your agent as soon as possible. If you do not provide notice, any person injured in the accident may provide written notice of the claim.

**Assistance.** You must provide us with all available information. This includes any suit papers or other documents which help us in the event that we defend you.

**Cooperation.** You must cooperate with us fully in any legal defense. This may include any association by us with the covered person in defense of a claim reasonably likely to involve us.

*Policy*
*Terms*

## Liability Conditions
(continued)

**Examination.** A person making a claim under any liability or vehicle coverages in this policy must:
- submit as often as we reasonably require;
  - to physical exams by physicians we select, which we will pay for; and
  - to examination under oath and subscribe the same; and
- authorize us to obtain;
  - medical reports; and
  - other pertinent records.

### Appeals
If a covered person, or any primary insurer, does not appeal a judgement for covered damages, we may choose to do so. We will then become responsible for all expenses, taxable costs, and interest arising out of the appeal. However, the amount of coverage for damages will not be increased.

## Property Conditions

These conditions apply to all coverages for damage to property and all coverages for damage to vehicles in this policy.

### Other insurance
When other property insurance applies to a covered loss, we will pay only the portion of the loss that the amount of coverage under this policy bears to the total amount of insurance covering the loss, except as follows:

**Lease gap coverage:** If Lease gap coverage applies to a covered loss, that coverage is excess over any other insurance.

**Condominiums and Cooperatives:** If there is other insurance in the name of the condominium or cooperative association covering the same property covered by us, our coverage shall be in excess of the other insurance.

### Your duties after a loss
If you have a loss this policy may cover, you must perform these duties:

**Notification.** You must immediately notify us or your agent of your loss. In case of theft or accident, you must also notify the police or similar competent authority. If you do not provide notice, any person injured in the accident may provide written notice of the claim.

**Protect property.** You must protect property from further damage. Make any repairs that are necessary to protect the property. Keep an accurate record of your expenses. We will pay the reasonable costs of protecting the property from further damage. This will not increase the amount of coverage that applies.

**Prepare an inventory.** You must prepare an inventory of damaged personal property, describing the property in full. It should show in detail the amount insured under this policy and actual amount of the loss. Attach bills, receipts, and other documents to support your inventory.

© Copyright 1985 by Chubb & Son Inc. Form no. 7000010 5/85



## Property Conditions
(continued)

**Display property.** You must show us the damaged property when we ask.

**Proof of loss.** At our request you must submit to us your signed sworn proof of loss on a form we have sent to you.

**Examination under oath.** We have the right to examine under oath as often as we may reasonably require you, family members and other members of your household and have them subscribe the same. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all records and documents we request and permit us to make copies.

### Insurable interest
We will not pay for any loss to property in which you or a family member does not have an insurable interest at the time of the loss.

If more than one person has an insurable interest in covered property, we will not pay for an amount greater than your interest, up to the amount of coverage that applies.

### Abandoning property
You cannot abandon any property to us unless we agree to accept it, or to a third party unless we agree.

### Carrier and bailees
We will not make any payments under this policy to the benefit of any carrier or other bailee of damaged property.

## Special Conditions

In the event of conflict with any other conditions of your policy, these conditions supersede.

### Legal action against us
You agree not to bring legal action against us unless you have first complied with all conditions of this policy. You also agree to bring any action against us within one year after a loss occurs, but not until 30 days after proof of loss has been filed and the amount of loss has been determined.

If you have a loss under liability coverage, you agree not to bring any action against us until the amount of damages you are legally obligated to pay has been finally determined after an actual trial or appeal, if any, or by a written agreement between you, us and the claimant. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.

## Special Conditions
(continued)

### Appraisals

If you and we fail to agree on the actual value or the amount of loss, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within twenty days of such demand. The appraisers shall select a competent and disinterested umpire; and failing for fifteen days to agree upon such umpire, then, on request of you or us, such umpire shall be selected by a judge of a court of record in the state in which the covered property is located. The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with us shall determine the amount of actual cash value and loss. Each appraiser shall be paid by the party selecting them and the expenses of appraisal and umpire shall be paid equally by you and us.

### Mortgagee or loss payee

The word "mortgagee" includes a trustee. If a mortgagee or loss payee is named in this policy, any loss payable will be paid to the mortgagee or loss payee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgagees. We cover the interests of the loss payee unless the loss results from fraudulent acts or omissions on your part.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee or loss payee, provided that the mortgagee or loss payee:
- notifies us of any change in ownership, occupancy, or substantial change in risk of which the mortgagee or loss payee is aware;
- pays any premium due under this policy on demand if you have neglected to pay the premium; and
- submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

Policy conditions relating to appraisals and legal action against us, apply to the mortgagee and loss payee. If the policy is cancelled or not renewed by us, the mortgagee or loss payee will be notified at least 30 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee or loss payee for any loss and deny payment to you, then:
- our rights are subrogated to all rights of the mortgagee or loss payee granted under the mortgage on the property; or
- at our option, we may pay to the mortgagee or loss payee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer from the mortgagee or loss payee and all securities held as collateral to the debt.

Subrogation will not impair the right of the mortgagee or loss payee to recover the full amount of the mortgagee's or loss payee's claim.

### Nonrenewal

If we decline to renew this policy, we will mail such nonrenewal to the mailing address shown in the Coverage Summary at least 30 days before the policy ends and we will obtain a certificate of mailing. If the policy period is other than one year, we have the right to refuse to renew only on each anniversary of the effective date. Our right to decline to renew applies to each coverage or limit in this policy. This notice of nonrenewal will contain the specific reasons for nonrenewal.



## Special Conditions
(continued)

### Your cancellation
You may cancel this policy or any part of it at any time by returning it to us or notifying us in writing of the future date that the cancellation is to take effect.

### Our cancellation
We may cancel this policy or any part of it, subject to the following conditions. Our right to cancel applies to each coverage or limit in this policy.

**60 days or less.** When this policy or any part of it has been in effect for 60 days or less, we may cancel with 10 days notice for any reason.

**Nonpayment of premium.** We may cancel this policy or any part of it with 10 days notice if you fail to pay the premium by the due date, regardless of whether the premium is payable to us or to our agent.

**Misrepresentation.** We may cancel this policy or any part of it with 30 days notice if the coverage was obtained through misrepresentation, fraudulent statements, or omissions or concealment of a fact that is relevant to the acceptance of the risk or to the hazard we assumed.

**Increase in hazard.** We may cancel this policy or any part of it with 30 days notice if there has been a substantial change in the risk which increases the chance of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to rules, legislation or court decision.

**Violation of conditions.** We may cancel this policy, or any part of it with 30 days notice if you violate any of the conditions of the policy.

**Vehicle coverage only:**
We may cancel any vehicle coverage in this policy with 30 days notice for the following reasons: nondisclosure of the insured's driving record for the past 36 months; false or fraudulent claims; addiction to drugs; record or condition indicating operation may endanger public; conviction of a crime or three or more violations within 36 months; if the vehicle is defective, used for hire or transportation of flammables, an authorized emergency vehicle or modified to increase the risk; or if you become subject to epilepsy or heart attacks and do not provide a physician's certifcate that you are qualified to operate a vehicle; or if your driver's license has been suspended or revoked within the last 36 months.

### Procedure
To cancel this policy or any part of it, we must notify you in writing. This notice may be delivered or mailed to you at the mailing address shown in the Coverage Summary and we will obtain a certificate of mailing. This notice will include the date the cancellation is to take effect and the reason for the cancellation.

## *Special Conditions*
(continued)

### Refund
In the event of cancellation by you or by us, we will refund any unearned premium on or before the effective date of cancellation. The unearned premium will be computed pro rata for the unexpired term for each part of the policy.



In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

CHUBB INDEMNITY INSURANCE COMPANY
CHUBB INSURANCE COMPANY OF NEW JERSEY
CHUBB NATIONAL INSURANCE COMPANY
FEDERAL INSURANCE COMPANY
GREAT NORTHERN INSURANCE COMPANY
VIGILANT INSURANCE COMPANY

President

Secretary

NORTHWESTERN PACIFIC INDEMNITY COMPANY

President

Secretary

PACIFIC INDEMNITY COMPANY

President

Secretary

# *Masterpiece*®   **Policy Information Notice**



You have the right to review and correct or amend information we have. If you want to know more about this and how information may be disclosed without your prior authorization please write to:

> Chubb Personal Insurance
> Attention: Policy Information
> P.O. Box 1615
> Warren, New Jersey 07061-1615

Please include your policy number, policy period, and the name and address of your agent or broker. Thank you.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office you can call this telephone number for further assistance.

> 1-800-252-4670

 

**Masterpiece**®
**Georgia Selection Form**
**Excess Uninsured Motorists Protection (Excess UM)**
CHUBB

**Name and address of Insured**

H. P. BURT JR.
PO BOX 71925
ALBANY, GA 31708

**Effective Date** 8/18/04
**Policy no.** 12486441-02
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 1/8/04 to 1/8/05

**If you have any questions, please contact**
J SMITH LANIER & COMPANY OF NEWNAN
P O BOX 71429
NEWNAN, GA 30271-1429
770-683-1000

Dear Policyholder,

Excess uninsured motorists protection provides excess coverage for you for bodily injury caused by owners or operators of uninsured or underinsured motor vehicles. Please refer to your Masterpiece policy for a complete explanation of your coverage.

There are several options of excess uninsured motorists protection available to you. They range from rejecting the coverage entirely to purchasing coverage in various amounts. Selecting a lower amount of excess uninsured motorists protection will reduce your premium.

If you have any questions, or need additional information, please call your agent or broker.

Please complete the following indicating which option of excess uninsured motorists protection you would like on your policy. Sign and return this completed form to us.

**CHECK ONLY ONE OF THE FOLLOWING:**

☐ I reject excess uninsured motorists protection entirely.

☐ My amount of excess liability coverage is $3,000,000; my amount of excess uninsured motorists protection is $0. I elect to make no changes to my excess uninsured motorists protection amount of coverage.

☐ My amount of excess liability coverage is $3,000,000; my amount of excess uninsured motorists protection is $0. I select the following amount of excess uninsured motorists protection:

☐ $ 75,000     ☐ $ 200,000     ☐ $ 500,000
☐ $ 100,000    ☐ $ 300,000     ☐ $ _____

(Note: Your excess uninsured motorists protection selection may not exceed $1,000,000, <u>unless</u> your current excess uninsured motorists protection is greater than $1,000,000. If your current excess uninsured motorists protection is greater than $1,000,000, you may select limits up to, but not greater than, your current excess uninsured motorists protection limit.)

**If you currently have excess uninsured motorists protection in an amount greater than $1,000,000 and you decrease your amount of coverage, you will be unable to increase your amount of excess uninsured motorists protection to an amount greater than $1,000,000 at a later date.**

continued on reverse side

© Copyright 1996 by Chubb & Son Inc.  Form no. Q4798034

INSURED 12/26/06 23.29.22

703

---

Signature of any individual                          Date
named in the Coverage Summary

(Note: The signature of any individual named in the Coverage Summary affirms that the selections made on this form apply to all individuals named in the Coverage Summary, and any other person or entity covered under the policy indicated at the top of this form.)

© Copyright 1996 by Chubb & Son Inc.   Form no.  Q4798034

# *Masterpiece*®

**Coverage Update**



CHUBB

**Name and address of Insured**

H. P. BURT JR.
PO BOX 71925
ALBANY, GA 31708

**Page** 1
**Effective Date** 8/18/04
**Policy no.** 12486441-02
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 1/8/04 to 1/8/05

**If you have any questions, please contact**
J SMITH LANIER & COMPANY OF NEWNAN
P O BOX 71429
NEWNAN, GA  30271-1429
770-683-1000

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

Your premium will be increased by **$64.00** for this revision. You will receive a separate statement showing the premium adjustment.

## Liability

This section shows the changes in your Liability coverage. All other provisions of this coverage remain in effect.

The amount of liability coverage is **$3,000,000.**

|  |  | Old Coverage | New Coverage |
|---|---|---|---|
| **Added** | Liability for    2003 HUMM  HUMMER | NONE | EXCESS LIABILITY ONLY |

As the duly authorized representative of the company my signature validates this policy.

_Robert Hamburger_

_____
Authorized representative

© Copyright 1984 by Chubb & Son Inc.    Form no. Q0806000 05/85

INSURED  12/26/06  23.29.22

705



H. P. BURT, JR.
PO BOX 71925
ALBANY, GA 31708

# *Masterpiece*®

**Premium Summary Renewal**



CHUBB

H. P. BURT JR.
PO BOX 71925
ALBANY, GA 31708

**Page** 1
**Effective Date** 1/8/04
**Policy no.** 12486441-02
**Policy period** 1/8/04 to 1/8/05
**Producer name** J SMITH LANIER & COMPANY OF NEWNAN

We are pleased to enclose your Chubb Masterpiece Policy, customized to provide the coverage you requested.

This chart shows at a glance what coverages you have and the related premiums.

|  | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT 702 RIVERCHASE LANE ALBANY, GA | EXCESS LIABILITY | $ 115.00 |
| **Watercraft** | 1996 CHAPPERELL | EXCESS LIABILITY | $ 166.00 |
| **Total Premium** |  |  | $ 281.00 |

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**You will shortly receive a statement and bill.**

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

© Copyright 1984 by Chubb & Son Inc.   Form no. Q0700000 05/85

INSURED 12/29/06 23.31.04

45

*Masterpiece*® 

# PRIVACY POLICY AND PRACTICES

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in **The Personal Information We Collect.** At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law and this Privacy Policy describes those practices.

## Chubb's Privacy Policy

**The Personal Information We Collect.** Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker or automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, driver's license number and amount of coverage requested).

- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).

- Information from a consumer reporting agency (such as motor vehicle reports).

- Information from other non-Chubb sources (such as prior loss information and demographic information).

- Information from visitors to our web sites (such as that provided through online forms and online information-collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".

### "Opt Out" Option

The law permits certain types of disclosures, such as for the processing of the insurance transaction without allowing an opt out. Chubb does not have an opt out option as we do not disclose your personal information to nonaffiliated third parties other than as described below. Therefore, no action is required by you.

**The Personal Information We Share.** Chubb may disclose the personal information we collect only to service, process or administer business operations such as underwriting and claims, and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others.** Chubb may disclose the personal information we collect to affiliated and nonaffiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters and third party administrators. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information as required in response to a subpoena, to detect or prevent fraud or to comply with an inquiry or requirement of a government agency or regulator.

© Copyright 1984 by Chubb & Son Inc.   Form no. 0799999 (Rev. 9-01)

continued on the next page
INSURED 12/29/06 23.31.04

**Sharing Personal Information With Service Providers or for Joint Marketing.** Chubb may disclose the personal information we collect to your agent or broker so that they can market our financial products and services to you, and to service providers who perform functions for us. Any such disclosure is required to be subject to an agreement with us that includes a confidentiality provision. We do not disclose personal information to other financial institutions.

**Confidentiality and Security of Personal Information.** Access to personal information is allowed for business purposes only. The people who have access to personal information, including employees of Chubb and its affiliates, and nonemployees performing business functions for Chubb, are under obligations to safeguard such information. Chubb maintains physical, electronic and procedural safeguards to guard your personal information.

**Personal Health Information.** Under certain circumstances, we also collect personal health information about our customers, such as information regarding an accident, disability or injury, for underwriting or claim purposes. Chubb does not disclose your personal health information to others for the purpose of marketing to you unless we have your express consent.

**Personal Information of Former Customers.** Chubb's personal information privacy policy also applies to former customers.

**Changes in Privacy Policy.** Chubb may choose to modify this policy at any time. We will notify customers of any modifications at least annually. If we change our disclosure practices in a way that allows an opt out, we will provide customers an opportunity to request that information not to be disclosed for marketing purposes.

**Definitions.**
"Chubb" means the following companies on whose behalf this notice is given:

| | |
|---|---|
| Chubb & Son Inc. | Executive Risk Indemnity Inc. |
| Chubb & Son Inc. (of Illinois) | Executive Risk Specialty Insurance Company |
| Chubb Custom Insurance Company | Federal Insurance Company |
| Chubb Custom Market, Inc. | Great Northern Insurance Company |
| Chubb Indemnity Insurance Company | Northwestern Pacific Indemnity Company |
| Chubb Insurance Company of New Jersey | Pacific Indemnity Company |
| Chubb Lloyds Insurance Company of Texas | Quadrant Indemnity Company |
| Chubb Multinational Managers, Inc. | Texas Pacific Indemnity Company |
| Chubb National Insurance Company | Vigilant Insurance Company |

"Customer" and "you" mean any individual who obtains or has obtained a financial product or service from Chubb that is to be used primarily for personal, family or household purposes. This notice applies to customers only.

"Personal information" means nonpublic personal information, which is defined by law as personally identifiable financial information provided by you to Chubb, resulting from a transaction with or any service performed for you by Chubb, or otherwise obtained by Chubb. Personal information does not include publicly available information as defined by applicable law.

Chubb Personal Insurance
Attention: Privacy Inquiries
P.O. Box 1615
Warren, NJ 07061-1615

© Copyright 1984 by Chubb & Son Inc.   Form no. 0799999 (Rev. 9-01)

# *Masterpiece*®

**Coverage Summary**
**Renewal**


CHUBB

**Name and address of Insured**

H. P. BURT JR.
PO BOX 71925
ALBANY, GA 31708

**Page** 1
**Effective date** 1/8/04
**Policy no.** 12486441-02
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 1/8/04 to 1/8/05

**If you have any questions, please contact**
J SMITH LANIER & COMPANY OF NEWNAN
P O BOX 71429
NEWNAN, GA  30271-1429
770-683-1000

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## Liability

Amount of liability coverage: **$3,000,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| | | |
|---|---|---|
| **Home** | HOUSE AT<br>702 RIVERCHASE LANE<br>ALBANY, GA | EXCESS LIABILITY<br>ONLY |
| **Watercraft** | 1996 CHAPPERELL | EXCESS LIABILITY<br>ONLY |

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q0802000 05/85

INSURED 12/29/06 23.31.04

# *Masterpiece*®

**Table of Contents**


CHUBB

**Name and address of insured**

H. P. BURT JR.
PO BOX 71925
ALBANY, GA  31708

**Effective date**  1/8/04
**Policy no.**  12486441-02
**Issued by**  Great Northern Insurance Company
a stock insurance company
incorporated in  Minnesota
**Policy period**  1/8/04 to  1/8/05

**If you have any questions, please contact**
J SMITH LANIER & COMPANY OF NEWNAN
P O BOX 71429
NEWNAN, GA  30271-1429
770-683-1000

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## *Contents*

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Excess Liability Coverage | 11/96 | GA | W-1 |
| Policy Terms | 07/01 | GA | Y-1 |
| Policy Information Notice | 07/01 | GA | |

# *Masterpiece*®



This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## Agreement

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## Definitions

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

**We** and **us** mean the insurance company named in the Coverage Summary.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.

© Copyright 1985 by Chubb & Son Inc. Form no. 0200000 5/85

# *Masterpiece*®   Excess Liability
Coverage



This part of your Masterpiece Policy provides you with liability coverage in excess of your underlying insurance anywhere in the world unless stated otherwise or an exclusion applies.

## *Payment for a Loss*

### Amount of coverage
The amount of coverage for liability is shown in the Coverage Summary. We will pay on your behalf up to that amount for covered damages from any one occurrence, regardless of how many claims, homes, vehicles, watercraft, or people are involved in the occurrence.

Any costs we pay for legal expenses (see **Defense coverages**) are in addition to the amount of coverage.

### Underlying insurance
We will pay only for covered damages in excess of **all** underlying insurance covering those damages, even if the underlying coverage is for more than the minimum amount.

"Underlying insurance" includes all liability coverage other than this part of your policy that applies to the covered damages, except for other insurance purchased in excess of this policy.

### Required primary underlying insurance
Regardless of whatever other primary underlying insurance may be available in the event of a claim or loss, it is a condition of this part of your policy that you and your family members must maintain in full effect primary underlying liability insurance of the types and in at least the amounts set forth below, either under other parts of this policy or some other policy, covering your personal liability and to the extent you have such liability exposures, all vehicles and watercraft you or your family members own, or rent for longer than 30 days, or have furnished for longer than 30 days, as follows:

Personal liability (homeowners) for bodily injury and property damage in the minimum amount of $50,000 each occurrence.

Registered vehicles in the minimum amount of $250,000/$500,000 bodily injury and $25,000 property damage or $300,000 single limit each occurrence.

Unregistered vehicles in the minimum amount of $50,000 bodily injury and property damage each occurrence.

Watercraft less than 26 feet and 50 engine rated horsepower or less for bodily injury and property damage in the minimum amount of $50,000 each occurrence.

Watercraft 26 feet or longer or more than 50 engine rated horsepower for bodily injury and property damage in the minimum amount of $500,000 each occurrence.

Uninsured motorists protection in the minimum amount of $250,000/$500,000 bodily injury and $25,000 property damage or $300,000 single limit each occurrence.

**Excess Liability**
**Coverage**

---

## Payment for a Loss
(continued)

Failure by you or your family members to comply with this condition, or failure of any of your primary underlying insurers due to insolvency or bankruptcy, shall not invalidate this part of your policy. In the event of any such failure, we shall only be liable in excess of the foregoing minimum amounts and to no greater extent with respect to coverages, amounts and defense costs than we would have been had this failure not occurred.

You must also give notice of losses and otherwise cooperate and comply with the terms and conditions of such primary underlying insurance.

---

## Excess Liability Coverage

We cover damages a covered person is legally obligated to pay for personal injury or property damage, caused by an occurrence:
- in excess of damages covered by the underlying insurance; or
- from the first dollar of damage where no underlying insurance is required under this policy and no underlying insurance exists; or
- from the first dollar of damage where underlying insurance is required under this policy but no coverage is provided by the underlying insurance for a particular occurrence,
  unless stated otherwise or an exclusion applies.

Exclusions to this coverage are described in **Exclusions**.

"Follow form" means:
We cover damages to the extent they are both covered under the Required Primary Underlying Insurance and, not excluded under this part of your Masterpiece Policy. Also, the amount of coverage, defense coverages, cancellation and "other insurance" provisions of this policy supersede and replace the similar provisions contained in such other policies. When this part of your policy is called upon to pay losses in excess of required primary underlying policies exhausted by payment of claims, we do not provide broader coverage than provided by such policies. When no primary underlying coverage exists, the extent of coverage provided on a follow form basis will be determined as if the required primary underlying insurance had been purchased from us.

A "covered person" means:
- you or a family member;
- any person using a vehicle or watercraft covered under this part of your Masterpiece policy with permission from you or a family member with respect to their legal responsibility arising out of its use;
- any person or organization with respect to their legal responsibility for acts or omissions of you or a family member; or
- any combination of the above.

"Damages" means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

---

© Copyright 1985 by Chubb & Son Inc. Form no. 5400010 5/85
4/30/02 11:14:14